BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2700

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>MICHAEL BIGGS, Officer in Charge, USCIS Sacramento Field Office, et al.,<br><br>　　　　Respondents. | Case No.: 2:13-cv-980 WBS DAD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

　　　　On May 17, 2013, Petitioner Silva Mamigonian filed a Motion for a Temporary Restraining Order and a Motion for a Preliminary Injunction seeking to stay her removal order and seeking an order that she not be taken into custody by Immigration and Customs Enforcement. A hearing on the motions is currently scheduled for June 5, 2013 at 2 p.m. Mamigonian is currently under a final order of removal, and is on an Order of Supervision which includes ankle bracelet monitoring. There is no judicial or other stay of removal in place; however, in a published decision, the Ninth Circuit suggested that Mamigonian not be removed while she seeks review of a decision by United States Citizenship and Immigration Services in this Court. *Mamigonian v. Biggs,* 710 F.3d 936 (9th Cir. 2013). Accordingly, the parties now stipulate to the following:

(1) Immigration and Customs Enforcement agrees not to remove Petitioner Mamigonian during the pendency of this lawsuit.
(2) Immigration and Customs Enforcement will modify the terms of Mamigonian's Order of Supervision such that she is no longer required to participate in the ankle bracelet program.
(3) Petitioner Mamigonian agrees to vacate the hearing on the Motions for Temporary Restraining Order and Preliminary Injunction.
(4) If at anytime during this lawsuit the government believes Mamigonian to be in violation of the terms of the new Order of Supervision or wishes to modify the terms of the Order of Supervision, the parties will immediately advise the Court and set the matter for a status conference.

Dated: May 21, 2013                 Respectfully submitted,

                                             BENJAMIN B. WAGNER
                                             United States Attorney

                                             /s/ Audrey B. Hemesath
                                             AUDREY B. HEMESATH
                                             Assistant U.S. Attorney

                                             Attorneys for Respondents


DATED: May 21, 2013                 Respectfully submitted,
                                             /s/Gittel Gordon
                                             Gittel Gordon

                                             Attorney for the Petitioner


                                                             ORDER

IT IS SO ORDERED.

Dated:  May 22, 2013

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE