BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL BIGGS, Field Office Director, United States Citizenship and Immigration Services, et al. <br><br> Respondents. | No. 2:13-cv-980 WBS DAD <br><br> STIPULATION AND ORDER RE: EXTENSION OF TIME |

Petitioner Silva Mamigonian challenges the denial of her application for adjustment of status by Citizenship and Immigration Services.

The parties have previously filed a stipulation agreeing that Petitioner Mamigonian will not be removed during the pendency of this lawsuit. ECF Docket Entry 12.

The government now seeks a 30-day extension of time in which to file an answer or other dispositive pleading in response to the Complaint. Undersigned counsel for the government is currently in trial (EDCA 11-234, *United States v. Zinnel et al.*), and is unable meet the current filing deadline of July 19, 2013. Counsel for the Petition has indicated that she does not oppose this request.

-1-

Accordingly, the parties stipulate that the new deadline for the government's answer or other responsive pleading shall be August 19, 2013. The parties as well stipulate that the status conference, currently set for September 3, 2013, be reset to a later date as well.

Dated: July 16, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney
Attorneys for Respondents

DATED: July 16, 2013

Respectfully submitted,
/s/Gittel Gordon
Gittel Gordon
Attorney for the Petitioner

## ORDER

For the reasons set forth in the above stipulation, the time for the government to file an answer or other responsive pleading is extended to August 19, 2013, and the status conference is reset to October 15, 2013 at 2:00 p.m.

DATED:   July 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-