BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL BIGGS, *et al.*,<br><br>           Defendants. | Case No.: 2:13-cv-980 WBS DAD<br><br>**Joint Stipulation and [~~Proposed~~] Order to Reset Hearing Date**<br><br>**Date:** November 18, 2013<br>**Time:** 2:00 pm<br>**Hon. William B. Shubb** |

      The parties stipulate that the date for hearing the defendants' motion to dismiss be moved from September 9, 2013, at 2:00 pm, to November 18, 2013, at 2 pm.

Dated: August 8, 2013                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant U.S. Attorney

DATED: August 8, 2013                   Respectfully submitted,
                                          /s/ Gittel Gordon
                                          Gittel Gordon
                                          Attorney for the Plaintiff

ORDER

IT IS SO ORDERED.

Dated:  August 8, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE