D. STUART BARTOW (SBN: 233107)
BRYAN K. JAMES (SBN: 260753)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:   +1 650 815 7400
Facsimile:    +1 650 815 7401
sbartow@mwe.com
bjames@mwe.com

Attorneys for Plaintiff
SILVA MAMIGONIAN

BENJAMIN B. WAGNER
United States Atttorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:   915.554.2700
Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL BIGGS, *et al.*,<br><br>            Defendant. | CASE NO. 2:13-cv-980-WBS DAD<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO RESET HEARING DATE<br><br>**Date: January 27, 2014**<br>**Time: 2:00PM**<br>**Hon. William B. Shubb** |

The parties stipulate that the date for hearing the defendants' motion to dismiss be moved from November 18, 2013, at 2:00 pm, to January 27, 2014, at 2 pm.

Dated: October 22, 2013						Respectfully submitted,

						By:  */s/ D. Stuart Bartow*
						       D. Stuart Bartow
						       Bryan K. James

						       Attorneys for Plaintiff

Dated: October 22, 2013

						By:      */s/ Audrey B. Hemesath*
						         Audrey B. Hemesath
						         Assistant U.S. Attorney

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Date: October 22, 2013			      */s/ D. Stuart Bartow*
						D. Stuart Bartow

**ORDER**

IT IS SO ORDERED.

Dated:  October 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DM_US 45628787-1.099770.0018