D. STUART BARTOW (SBN: 233107)
BRYAN K. JAMES (SBN: 260753)
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:    +1 650 815 7400
Facsimile:     +1 650 815 7401
sbartow@mwe.com
bjames@mwe.com

Attorneys for Plaintiff
SILVA MAMIGONIAN

BENJAMIN B. WAGNER
United States Atttorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:    915.554.2700
Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL BIGGS, *et al.*,<br><br>　　　　　Defendant. | CASE NO.  2:13-cv-980-WBS DAD<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE<br><br>**Date:  March 3, 2014**<br>**Time:  2:00 PM**<br>**Hon. William B. Shubb** |

Whereas the parties will appear before the Court at the hearing on Defendants' Motion to Dismiss now scheduled for January 27, 2014, the parties stipulate and respectfully request that the date for the status conference currently scheduled for January 21, 2014, at 2:00 pm, be continued until March 3, 2014, at 2:00 pm.

JOINT STIPULATION AND [PROPOSED]
ORDER TO CONTINUE STATUS
CONFERENCE

CASE NO.  2:13-CV-980-WBS DAD

Dated: December 31, 2013                    Respectfully submitted,


                                            By:  */s/ D. Stuart Bartow*
                                                 D. Stuart Bartow
                                                 Bryan K. James

                                                 Attorneys for Plaintiff


Dated: December 31, 2013

                                            By:     */s/ Audrey B. Hemesath*
                                                 Audrey B. Hemesath
                                                 Assistant U.S. Attorney


## SIGNATURE ATTESTATION

Pursuant to Local Rule 131(e), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Date:  December 31, 2013             */s/ D. Stuart Bartow*
                                     D. Stuart Bartow

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

**ORDER**

IT IS SO ORDERED. The Scheduling Conference currently scheduled for January 21, 2014 is continued to March 3, 2014, at 2:00 pm. A Joint Status Report shall be filed no later than February 18, 2014.

Dated: December 31, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE