D. STUART BARTOW (SBN: 233107)
sbartow@mwe.com
BRYAN K. JAMES (SBN: 260753)
bjames@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:     +1 650 815 7401

Attorneys for Plaintiff
SILVA MAMIGONIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silva Mamigonian,<br><br>                    Plaintiff,<br><br>     v.<br><br>Michael Biggs, et al.,,<br><br>                    Defendant. | CASE NO.  2:13-cv-980 WBS DAD<br><br>NOTICE OF REQUEST TO SEAL OR REDACT EXHIBITS 1, 3, 4, AND 5 TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS |

Plaintiff Silva Mamigonian has filed a request pursuant to Civil Local Rule 141 for permission to file documents under seal.  On January 13, 2014, Plaintiff Silva Mamigonian filed its Opposition to Defendants' Motion to Dismiss, including exhibits.  Dkt. No. 28.  Subsequently, Plaintiff became aware that certain exhibits contain certain personally identifiable information which should ordinarily be kept confidential, including home address, date of birth, and children's names.  L.R. 140(a).  In addition, certain exhibits contain reference to the name and U.S. passport number of a third-party.  Accordingly, Plaintiff respectfully requests that the following exhibits be replaced with redacted versions, or sealed in order to prevent further availability and public dissemination of such personally identifiable information:

1. Exhibit 1:  February 15, 2011 Notice of Decision.

2. Exhibit 3: November 7, 2007 Attachment in support of Notice of Decision.

3. Exhibit 4: June 26, 2009 Written Decision of the Immigration Judge

4. Exhibit 5: February 4, 2002 Record of Sworn Statement in Proceedings

This request, Proposed Order, and proposed redacted exhibits are being delivered to the Court for consideration, and served on Defendants concurrently, pursuant to Local Rule 141.

Dated: January 21, 2014

By: */s/ D. Stuart Bartow*
D. Stuart Bartow
Bryan K. James

Attorneys for Plaintiff

*SILVA MAMIGONIAN*

DM_US 49130412-1.099770.0018