D. STUART BARTOW (SBN: 233107)
sbartow@mwe.com
BRYAN K. JAMES (SBN: 260753)
bjames@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:    +1 650 815 7400
Facsimile:    +1 650 815 7401

Attorneys for Plaintiff
SILVA MAMIGONIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silva Mamigonian,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Michael Biggs, et al.,,<br><br>　　　　　　Defendant. | CASE NO.  2:13-cv-980 WBS DAD<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL OR REDACT EXHIBITS 1, 3, 4, AND 5 TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS |

　　　　Plaintiff Silva Mamigonian has filed a motion pursuant to Civil Local Rule 141 for permission to file documents under seal.  As set forth in the motion, on January 13, 2014, Plaintiff Silva Mamigonian filed its Opposition to Defendants' Motion to Dismiss, including exhibits. Dkt. No. 28.  Subsequently, Plaintiff became aware that certain exhibits contain certain personally identifiable information which should ordinarily be kept confidential, including home address, date of birth, and children's names.  L.R. 140(a).  In addition, certain exhibits contain reference to the name and U.S. passport number of a third-party.  This request is narrowly tailored to seal only that material for which good cause to seal has been established.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　The following exhibits are ordered to be replaced with redacted versions, or sealed:

1. Exhibit 1: February 15, 2011 Notice of Decision.

2. Exhibit 3: November 7, 2007 Attachment in support of Notice of Decision.

3. Exhibit 4: June 26, 2009 Written Decision of the Immigration Judge

4. Exhibit 5: February 4, 2002 Record of Sworn Statement in Proceedings

IT IS SO ORDERED.

Dated:  January 22, 2014

DM_US 49130445-1.099770.0018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE