# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silva Mamigonian, | CASE NO. 2:13-cv-980 WBS DAD |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL EXHIBITS TO THE DECLARATION OF BRYAN JAMES IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT ON THE RECORD |
| v. | |
| Michael Biggs, et al., | |
| Defendants. | |

Having considered Plaintiff Silva Mamigonian's Request to Seal Exhibits to the Declaration of Bryan James in support of Plaintiff's Motion for Judgment on the Record, the Court finds that good cause exists.

Accordingly, IT IS HEREBY ORDERED:

The following exhibits are ordered sealed:

1. Exhibit 20: Stay of Deportation (**under seal**).

2. Exhibit 29: Declaration of Nshan Simonyan (**under seal**).

3. Exhibit 30: Letter from K. Meredith (**under seal**).

4. Exhibit 31: Letter from G. Akopyan (**under seal**).

5. Exhibit 32: Letter from Dr. E. Cutts (**under seal**).

1

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
MENLO PARK

Dated: June 27, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DM_US 52711967-2.099770.0018

McDermott Will & Emery LLP
Attorneys At Law
Menlo Park