BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVA MAMIGONIAN, | Case No.: 2:13-cv-980 WBS DAD |
| Plaintiff, | |
| v. | **Joint Stipulation and [Proposed] Order Modifying Briefing Schedule** |
| MICHAEL BIGGS, *et al.*, | **Hon. William B. Shubb** |
| Defendants. | |

This Court has previously set a briefing schedule in this matter, pursuant to the parties' joint status report. ECF No. 35. Undersigned counsel for the defendants now requests modification of that briefing schedule, and counsel for the plaintiff does not oppose. The reason for this request is that undersigned counsel for the defendants has since joined as second chair in a criminal trial set to begin on July 8, 2014. *U.S. v. Williams*, 08-cr-376 WBS. The demands of trial preparation will make it very difficult to respond adequately to the complex issues raised in plaintiff's motion for summary judgment. Due to the lengthy litigation history of the instant case, it would also be difficult to reassign this matter to another government attorney at this juncture.

The government's response to that motion is currently due on July 9, 2014. Counsel for plaintiff have agreed to the following briefing schedule to accommodate undersigned defense counsel's request for additional time:

Government's Opposition and Cross-Motion for Summary Judgment: August 12, 2014

Plaintiff's Reply and Opposition: September 9, 2014

Government's Reply: September 23, 2014

Hearing Date: October 6, 2014 at 2:00 p.m.

Dated: June 17, 2014					Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

						/s/ Audrey B. Hemesath
						AUDREY B. HEMESATH
						Assistant U.S. Attorney


DATED: June 17, 2014					Respectfully submitted,
						/s/ D. Stuart Bartow
						D. Stuart Bartow
						Bryan James
						McDermott, Will & Emery
						Attorneys for the Plaintiff


## ORDER

For the reasons set forth in the joint stipulation, the Court finds good cause to modify the briefing schedule to the dates stated in the stipulation.

IT IS SO ORDERED.

Dated: June 27, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE