D. STUART BARTOW (SBN: 233107)
sbartow@mwe.com
BRYAN JAMES (SBN: 260753)
bjames@mwe.com
TERI H.P. NGUYEN (SBN: 267498)
thpnguyen@mwe.com
McDERMOTT WILL & EMERY LLP
275 Middlefield Road, Suite 100
Menlo Park, CA  94025-4004
Telephone:     +1 650 815 7400
Facsimile:      +1 650 815 7401

Attorneys for Plaintiff
SILVA MAMIGONIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silva Mamigonian,<br><br>            Plaintiff,<br><br>    v.<br><br>Michael Biggs, et al.,<br><br>            Defendant. | CASE NO.  2:13-cv-980 WBS DAD<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO RESET HEARING DATE |

Pursuant to a joint stipulation of the parties (Docket No. 43), this Court previously set a hearing date of Monday, October 6, 2014 for argument on the parties' pending cross-motions for summary judgment.  (Docket No. 45).  Undersigned counsel for Plaintiff respectfully request a modification of that hearing schedule to move the hearing date back by two weeks, and counsel for Defendants do not oppose.  The reason for this request is that two counsel for Plaintiff—lead counsel Stuart Bartow, and counsel Bryan James, both of whom are representing Plaintiff on a *pro bono* basis—have since been scheduled to attend a proceeding in Wilmington, Delaware beginning the morning of October 7, 2014, for a matter pending in the District of Delaware.

Although it may be physically possible for Plaintiff's counsel to argue at the hearing in Sacramento on the afternoon of October 6th and then catch a redeye flight from San Francisco that

evening to arrive on the East Coast by early morning on October 7th, it would impose significant difficulty for counsel to do so and would also mean that Messrs. Bartow and James would need to travel to Delaware separately from other colleagues on the same litigation team.

From the Court's calendar, it appears that the Court has availability on the afternoon of Monday, October 20, 2014, to hear argument on the parties' pending cross-motions. Plaintiff's counsel are available at that time, and counsel for Defendants have indicated that they are available as well and therefore do not oppose this modification. Accordingly, Plaintiff's counsel respectfully request that the hearing be reset for October 20, 2014 at 2 p.m. or as soon thereafter as the Court is able to hear argument on the pending cross-motions. The remainder of the case schedule would not be impacted by this modification, and the entirety of the delay relating to resetting the hearing would only be two weeks.

Respectfully submitted,

Dated: September 10, 2014

*/s/ D. Stuart Bartow*
D. Stuart Bartow
Bryan K. James
Teri H.P Nguyen

Attorneys for Plaintiff
*SILVA MAMIGONIAN*


Benjamin B. Wagner
United States Attorney

*/s/ Audrey B. Hemesath*
Audrey B. Hemesath

Assistant U.S. Attorney

2

Joint Stipulation and [Proposed] Order to
Reset Hearing Date                                                                      Case No. 2:13-cv-980 WBS DAD

## ORDER

For the reasons set forth in the Unopposed Motion to Reset Hearing Date, the Court finds good cause to reset the hearing date on the parties' cross-motions for judgment on the record to October 20, 2014, at 2 p.m. PST.

IT IS SO ORDERED.

Dated: September 11, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE